CLOSED,TRIAL–OMAHA

# U.S. District Court
## District of Nebraska (8 Omaha)
## CIVIL DOCKET FOR CASE #: 8:19–cv–00466–BCB–MDN

| | |
|---|---|
| Brotherhood of Maintenance of Way Employes Division/IBT v. Union Pacific Railroad | Date Filed: 10/23/2019 |
| Assigned to: Judge Brian C. Buescher | Date Terminated: 07/01/2020 |
| Referred to: Magistrate Judge Michael D. Nelson | Jury Demand: None |
| Cause: 45:151 Railway Labor Act | Nature of Suit: 740 Labor: Railway Labor Act |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Brotherhood of Maintenance of Way Employes Division/IBT**  represented by  **Richard S. Edelman**
MOONEY, GREEN LAW FIRM
1920 L Street, N.W.
Suite 400
Washington, DC 20036
(202) 783–0010
Fax: (202) 783–6088
Email: Redelman@mooneygreen.com
*ATTORNEY TO BE NOTICED*

**Robert E. O'Connor , Jr.**
O'CONNOR & ASSOCIATES
P.O. Box 451116
Omaha, NE 68145
(402) 330–5906
Email: REOlaw@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Union Pacific Railroad Company**  represented by  **Christopher R. Hedican**
BAIRD, HOLM LAW FIRM
1700 Farnam Street
Suite 1500
Omaha, NE 68102–2068
(402) 344–0500
Fax: (402) 344–0588
Email: chedican@bairdholm.com
*ATTORNEY TO BE NOTICED*

**Donald J. Munro**
JONES, DAY LAW FIRM – D.C.
51 Louisiana Avenue N.W.
Washington, DC 20001–2113
202–879–3922
Email: dmunro@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nikki L. McArthur**
JONES, DAY LAW FIRM – D.C.
51 Louisiana Avenue N.W.
Washington, DC 20001−2113
202−879−3843
Email: nmcarthur@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2019 | Ï 1 | COMPLAINT against Union Pacific Railroad ( Filing fee $ 400, receipt number ANEDC−4043985), by Attorney Robert E. O'Connor, Jr. on behalf of Brotherhood of Maintenance of Way Employes Division/IBT (O'Connor, Robert) (Entered: 10/23/2019) |
| 10/23/2019 | Ï 2 | TEXT NOTICE OF JUDGES ASSIGNED: Judge Brian C. Buescher and Magistrate Judge Michael D. Nelson assigned. In accordance with 28 U.S.C. 636(c)(2), the parties are notified that, if all parties consent, a magistrate judge may conduct a civil action or proceeding, including a jury or nonjury trial, subject to the courts rules and policies governing the assignment of judges in civil cases. See Fed. R. Civ. P. 73; NEGenR 1.4. (LKO) (Entered: 10/23/2019) |
| 11/05/2019 | Ï 3 | WAIVER OF SERVICE Returned Executed upon defendant Union Pacific Railroad Company. Waiver sent on 10/28/2019. (O'Connor, Robert) (Entered: 11/05/2019) |
| 11/08/2019 | Ï 4 | MOTION for Admission Pro Hac Vice Filing fee $ 100, receipt number ANEDC−4054719 by Attorney Nikki L. McArthur on behalf of Defendant Union Pacific Railroad Company.(McArthur, Nikki) (Entered: 11/08/2019) |
| 11/11/2019 | Ï 5 | MOTION for Admission Pro Hac Vice Filing fee $ 100, receipt number ANEDC−4055006 by Attorney Donald J. Munro on behalf of Defendant Union Pacific Railroad Company.(Munro, Donald) (Entered: 11/11/2019) |
| 11/12/2019 | Ï 6 | TEXT ORDER granting Motion for Admission Pro Hac Vice 4 for attorney Nikki McArthur. Ordered by Deputy Clerk. (JLS) (Entered: 11/12/2019) |
| 11/12/2019 | Ï 7 | TEXT ORDER granting Motion for Admission Pro Hac Vice 5 for attorney Donald Munro. Ordered by Deputy Clerk. (JLS) (Entered: 11/12/2019) |
| 11/13/2019 | Ï 8 | APPLICATION for Refund of pro hac vice admission fee paid electronically by Attorney Donald J. Munro on behalf of Defendant Union Pacific Railroad Company.(Munro, Donald) (Entered: 11/13/2019) |
| 11/20/2019 | Ï 9 | NOTICE of Appearance by Attorney Christopher R. Hedican on behalf of Defendant Union Pacific Railroad Company (Hedican, Christopher) (Entered: 11/20/2019) |
| 11/21/2019 | Ï 10 | TEXT ORDER regarding Application for Refund of Fees Paid Electronically 8 . Pro Hac Vice admission fee in the amount of $100.00 is refunded to the payor, Donald Munro, receipt number ANEDC−4055006. Ordered by Deputy Clerk. (JLS) (Entered: 11/21/2019) |
| 12/26/2019 | Ï 11 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (, ), MOTION to Dismiss *for Failure to Join Indispensable Parties* (, ), MOTION to Change Venue (, ), MOTION to Stay (, ) by Attorney Donald J. Munro on behalf of Defendant Union Pacific Railroad Company.(Munro, Donald) (Entered: 12/26/2019) |
| 12/26/2019 | Ï 12 | BRIEF in support of MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss *for Failure to Join Indispensable Parties* MOTION to Change Venue MOTION to Stay 11 |

| | | |
|---|---|---|
| | | by Attorney Donald J. Munro on behalf of Defendant Union Pacific Railroad Company.(Munro, Donald) (Entered: 12/26/2019) |
| 12/26/2019 | 13 | INDEX in support of MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss *for Failure to Join Indispensable Parties* MOTION to Change Venue MOTION to Stay 11 by Attorney Donald J. Munro on behalf of Defendant Union Pacific Railroad Company. (Attachments:<br># 1 Exhibit 1,<br># 2 Exhibit 2)(Munro, Donald) (Entered: 12/26/2019) |
| 12/26/2019 | 14 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Union Pacific Corporation for Union Pacific Railroad Company. by Attorney Donald J. Munro on behalf of Defendants Union Pacific Railroad Company, Union Pacific Corporation.(Munro, Donald) (Entered: 12/26/2019) |
| 12/30/2019 | 15 | UNOPPOSED MOTION to Extend *Time to Respond to* MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss *for Failure to Join Indispensable Parties* MOTION to Change Venue MOTION to Stay 11 by Attorney Robert E. O'Connor, Jr. on behalf of Plaintiff Brotherhood of Maintenance of Way Employes Division/IBT.(O'Connor, Robert) (Entered: 12/30/2019) |
| 12/30/2019 | 16 | TEXT ORDER granting 15 Unopposed Motion to Extend. Plaintiff shall have an extension of time to February 4, 2020, to file a brief in response to Defendant's Motion to Dismiss 11 . Ordered by Magistrate Judge Michael D. Nelson. (SMN) (Entered: 12/30/2019) |
| 02/02/2020 | 17 | BRIEF in opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss *for Failure to Join Indispensable Parties* MOTION to Change Venue MOTION to Stay 11 by Attorney Robert E. O'Connor, Jr. on behalf of Plaintiff Brotherhood of Maintenance of Way Employes Division/IBT.(O'Connor, Robert) (Entered: 02/02/2020) |
| 02/02/2020 | 18 | INDEX in opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss *for Failure to Join Indispensable Parties* MOTION to Change Venue MOTION to Stay 11 by Attorney Robert E. O'Connor, Jr. on behalf of Plaintiff Brotherhood of Maintenance of Way Employes Division/IBT. (Attachments:<br># 1 Exhibit Exhibit 1,<br># 2 Exhibit Exhibit A,<br># 3 Exhibit Exhibit B,<br># 4 Exhibit Exhibit C,<br># 5 Exhibit Exhibit D,<br># 6 Exhibit Exhibit E,<br># 7 Exhibit Exhibit F,<br># 8 Exhibit Exhibit G,<br># 9 Exhibit Exhibit H,<br># 10 Exhibit Exhibit I,<br># 11 Errata Exhibit J,<br># 12 Exhibit Exhibit K,<br># 13 Exhibit Exhibit 2,<br># 14 Exhibit Exhibit 3,<br># 15 Exhibit Exhibit 4,<br># 16 Exhibit Exhibit 5,<br># 17 Exhibit Exhibit 6,<br># 18 Exhibit Exhibit 7,<br># 19 Exhibit Exhibit 8)(O'Connor, Robert) (Entered: 02/02/2020) |
| 02/04/2020 | 19 | UNOPPOSED MOTION to Extend *Time to File Reply to* Brief, 17 by Attorney Donald J. Munro on behalf of Defendant Union Pacific Railroad Company.(Munro, Donald) (Entered: 02/04/2020) |

| | | |
|---|---|---|
| 02/04/2020 | 20 | TEXT ORDER granting 19 Unopposed Motion to Extend. Union Pacific shall have an extension of time to February 18, 2020, to file a reply brief in support of its Motion to Dismiss, Transfer, or Stay 11 . Ordered by Magistrate Judge Michael D. Nelson. (SMN) (Entered: 02/04/2020) |
| 02/18/2020 | 21 | REPLY BRIEF in support of MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss *for Failure to Join Indispensable Parties* MOTION to Change Venue MOTION to Stay 11 by Attorney Donald J. Munro on behalf of Defendant Union Pacific Railroad Company.(Munro, Donald) (Entered: 02/18/2020) |
| 05/14/2020 | 22 | ORDER – This matter is before the Court on the Defendant's Motion to Dismiss, Transfer, or Stay. Filing 11 . Having considered the parties' briefing, the Court will set a video conference hearing for oral argument on Defendant's motion. To further assist the Court with this matter, the parties are ordered to submit supplemental briefing and supporting evidence, which the Court can properly consider related to a motion for transfer. Defendant shall submit a supplemental brief and file any relevant evidence supporting its motion on or before May 22, 2020. Plaintiff shall respond with a brief and file any relevant evidence on or before May 29, 2020. Each brief is limited to ten double−spaced pages. The video conference hearing date and time will be set by separate text order. Ordered by Judge Brian C. Buescher. (LKO) (Entered: 05/14/2020) |
| 05/15/2020 | 23 | TEXT ORDER setting oral argument on Defendant's pending Motion to Dismiss, Transfer, or Stay (Filing 11 ) for Thursday June 4, 2020, at 2:00 PM CST via video conference before Judge Brian C. Buescher. Defendant shall have fifteen minutes to argue its motion, and Plaintiff shall have fifteen minutes to respond. Additionally, each party shall have seven minutes of rebuttal. A separate order containing case conference instructions is forthcoming. Ordered by Judge Brian C. Buescher. (LAC) (Entered: 05/15/2020) |
| 05/15/2020 | 24 | CASE CONFERENCE INSTRUCTIONS. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CIVIL PROCEDURE 5.2(a). Ordered by Judge Brian C. Buescher. (LAC) (Entered: 05/15/2020) |
| 05/22/2020 | 25 | BRIEF in support of MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss *for Failure to Join Indispensable Parties* MOTION to Change Venue MOTION to Stay 11 *Supplement in Response to Order (ECF No. 22)* by Attorney Donald J. Munro on behalf of Defendant Union Pacific Railroad Company.(Munro, Donald) (Entered: 05/22/2020) |
| 05/22/2020 | 26 | INDEX in support of Brief, 25 by Attorney Donald J. Munro on behalf of Defendant Union Pacific Railroad Company. (Attachments:<br># 1 Exhibit A – Rodgers Decl.,<br># 2 Exhibit B – Doerr Decl.)(Munro, Donald) (Entered: 05/22/2020) |
| 05/28/2020 | 27 | BRIEF in opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss *for Failure to Join Indispensable Parties* MOTION to Change Venue MOTION to Stay 11 by Attorney Robert E. O'Connor, Jr. on behalf of Plaintiff Brotherhood of Maintenance of Way Employes Division/IBT.(O'Connor, Robert) (Entered: 05/28/2020) |
| 05/28/2020 | 28 | INDEX in opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss *for Failure to Join Indispensable Parties* MOTION to Change Venue MOTION to Stay 11 by Attorney Robert E. O'Connor, Jr. on behalf of Plaintiff Brotherhood of Maintenance of Way Employes Division/IBT. (Attachments:<br># 1 Exhibit Second Declaration Peter Kennedy)(O'Connor, Robert) (Entered: 05/28/2020) |
| 06/04/2020 | 29 | TEXT MINUTE ENTRY for proceedings held before Judge Brian C. Buescher regarding Defendant's Motion to Dismiss, Transfer, or Stay # 11 . Motion Hearing was held on 06/04/2020 by video conference. Oral arguments by both Plaintiff and Defendant. Matter taken under advisement. Order to be issued. Appearance for Plaintiffs: Richard S. Edelman by Video Conference; Appearance for Defendant: Donald J. Munro by Video Conference; Courtroom Deputy: Laura |

| | | |
|---|---|---|
| | | Coyle; Court Reporter: Brenda L. Fauber; Time Start: 2:00 p.m.; Time Stop: 3:00 p.m.; Time in Courts: 1 hour. (LAC) (Entered: 06/04/2020) |
| 06/26/2020 | 30 | NOTICE of *Supplemental Authority* by Attorney Donald J. Munro on behalf of Defendant Union Pacific Railroad Company (Attachments:<br># 1 Exhibit)(Munro, Donald) (Entered: 06/26/2020) |
| 06/28/2020 | 31 | NOTICE of *Supplemental Authority* by Attorney Robert E. O'Connor, Jr. on behalf of Plaintiff Brotherhood of Maintenance of Way Employes Division/IBT (Attachments:<br># 1 Exhibit)(O'Connor, Robert) (Entered: 06/28/2020) |
| 07/01/2020 | 32 | MEMORANDUM AND ORDER – Defendant's Motion to Dismiss, Transfer, or Stay (Filing 11 ) is granted as to transfer. The case shall be transferred to the United States District Court for the District of Columbia. Defendant's Motion to Stay (Filing 11 ) is denied as moot. Filing 11 will remain pending as to Defendant's Motion to Dismiss, to be decided after transfer. Ordered by Judge Brian C. Buescher. (LKO) (Entered: 07/01/2020) |
| 08/03/2020 | | Case transferred to District of USDC – Columbia. Original electronic file sent. (LKO) (Entered: 08/03/2020) |